THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS BOONE, Appellant.

Submitted March 27, 2017; decided March 30, 2017

Motion by Daniel R. Alonso, et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge WILSON taking no part.